UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARLIN DAVIS | ) | |
| REG. NO. 30704-007 | ) | |
| FEDERAL CORRECTIONAL INSTITUTION | ) | |
| 100 PRISON ROAD | ) | |
| ESTILL, SC 29918 | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-1698 (CKK) |
| | ) | Electronic Case Filing |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| 320 FIRST STREET, NW | ) | |
| WASHINGTON, D.C. | ) | |
| Washington, D.C.  20011-8400 | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

ENTRY OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Rhonda C. Fields** as counsel for the defendant in the above-captioned case.

Respectfully submitted,

_____/S/_____
RHONDA C. FIELDS
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4804
Washington, D.C. 20530
202-514-6970 /(202) 514-8780 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  17  day of October, 2006, a true and correct copy of the foregoing **Entry of Appearance** was served by first class United States mail, postage prepaid marked for delivery to:

**Marlin Davis**
Reg. No. 30704-007
Federal Correctional Institution-Estill
100 Prison Road
Estill, Sc 29918

                                                    /S/
RHONDA C. FIELDS
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4804
Washington, D.C. 20530
(202) 514-6531