**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

RECEIVED
NOV 0 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:
U.S. Probation Office
Northern District of Florida
11 N. Adams St., #100
Tallahassee, Florida 32301

Civil Action, File Number __06-1698  CKK__

__Marlin Davis__
                                                    V.
__Bureau of Prisons, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You <u>MUST COMPLETE</u> the acknowledgment part of this form below, <u>AND RETURN COPIES 1 AND 2</u> to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, other entity, you must indicate under your signature your relationship to that entity. If authorized to receive process, you must indicate under your signature your authority.

... 2 of this form to the sender within ____ days, you (or the party on whose behalf you ... incurred in serving a summons and complaint in any other manner permitted by law.

... this form, you (or the party on whose behalf you are being served) must answer the ... were sent. If you fail to do so, judgment by default will be taken against you for the

Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was

_____
Signature (USMS Official)

OF RECEIPT OF SUMMONS AND COMPLAINT

...ved a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense

---

(Overlaid USPS return receipt card:)

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Probation Office
Nthrn. Dist. of Florida
11 N. Adams St., #100
Tallahassee, FL

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name): DeCOTW
C. Date of Delivery: 10-6-06
D. Is delivery address different from item 1? ☐ Yes ☐ No
3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. ☐ Yes
102595-02-M-1540

06-1698 JRT 10-3-06