RECEIVED
NOV 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Marlin Davis
Reg. No. 30704-004
Federal Correctional Institution
100 Prison Road
P.O. Box 699
Estill, SC 29918

November 6, 2006

Clerk's Office
United States District Court
For The District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

RE:  Case No. 06-1698(CKK) Davis v. Federal Bureau of Prisons et al

Dear Madam/Sir:

This is to inform you of a mistake in the mailing address you have on file. My correct Register Number is **30704-004**.

To avoid any problems with the Bureau of Prisons, please update your current contact information to show the Register Number listed above.

Thank you for your help in advance.

Sincerely,

Marlin Davis

c:  Rhonda C. Fields