UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARLIN DAVIS )
 )
       Plaintiff, )   Civil Action No. 06-1698 (CKK)
 )
v. )
 )
FEDERAL BUREAU OF PRISONS et al. )
 )
       Defendant. )
_____ )

ANSWER

Defendants respectfully submit this Answer to plaintiff's Complaint. The paragraphs of plaintiff's complaint are not numbered; however defendants answer the paragraphs in numerical order as follows:

1. This paragraph contains plaintiff's characterization of his action to which no answer is required, but to the extent one may be deemed required, it is denied.

2. The first sentence contains plaintiff's characterization of his action to which no answer is required, but to the extent one may be deemed required, it is denied. Sentence two is denied. Sentence Three is admitted.

Statement of Facts

3-4. Defendants presently lack sufficient information to admit or deny, therefore, denied.

5. Admit that plaintiff made the administrative request reflected in Appendix A.

6. Admit that plaintiff filed the administrative appeal reflected in Appendix B. Sentence two, defendants lack sufficient information to admit or deny; however defendants admit that

Case Manager Smith did write the letter to U.S. Probation reflected in Appendix C.

7. Admit.

8. Admit that the letter is dated April 12, 2006.

9. Admit that a response was received dated April 26, 2006. The document is the best evidence of its contents.

10. Admit that the plaintiff filed the appeal reflected in Appendix D.

11. Admit that plaintiff has exhausted his administrative remedies. Sentence two is denied.

## Argument

12-27. These paragraphs contain plaintiff's legal argument and conclusions to which no response is required. To the extent a response is deemed to be required, denied.

## Conclusion

28. This paragraph contains plaintiff's request for relief to which no response is required. To the extend that a response is deemed to be required, defendants deny that plaintiff is entitled to any relief.

29. This paragraph is plaintiff's declaration to which no response is required.

Any allegation of plaintiff which is not specifically admitted herein is denied.

    Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar# 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>4th</u> day of <u>December</u>, 2006, a true and correct copy of the foregoing Answer was served by first class United States mail, postage prepaid marked for delivery to:

Marlin Davis
Reg. No. 30704-007
Federal Correctional Institution-Estill
100 Prison Road
Estill, SC 29918

>RHONDA C. FIELDS
>United States Attorney's Office
>Judiciary Center Building
>555 4th Street, N.W. - Room E4804
>Washington, D.C. 20530
>(202) 514-6970