UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Marlin Davis, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-1698 (CKK) |
| | : | |
| Federal Bureau | : | |
| of Prisons *et al.*, | : | |
| | : | |
| Defendants. | : | |

ORDER

This matter is before the Court on defendants' answer to the complaint brought by a prisoner proceeding *pro se*. The conference requirements of Local Civil Rule 16.3 and Federal Rule of Civil Procedure 26(f) are inapplicable to this action. *See* Local Civil Rule 16.3 (b)(3). An answer therefore does little to advance the proceedings. The Court has reviewed the complaint and the answer. The answer raises possible grounds for dismissal, but defendants have not filed a dispositive motion or stated their intention to do so. Accordingly, it is hereby

ORDERED that defendants shall file a dispositive motion or a proposed schedule to govern the proceedings by January 5, 2007.

_____s/s_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Date: December 6, 2006