UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARLIN DAVIS )
)
      Plaintiff, )    Civil Action No. 06-1698 (CKK)
)
v. )
)
FEDERAL BUREAU OF PRISONS et al. )
)
      Defendant. )
_____)

MOTION FOR PROPOSED SCHEDULE

Pursuant to the Court's Order dated December 6, 2006, defendant respectfully submits the following proposed schedule for dispositive motions in this matter:

Defendant's dispositive motion to be filed on or before January 19, 2007;

Plaintiff's response to be filed on or before February 19, 2007;

Defendant's reply to be filed on or before March 5, 2007.

      Respectfully submitted,


      _____
      JEFFREY A. TAYLOR, D.C. Bar# 498610
      United States Attorney


      _____
      RUDOLPH CONTRERAS, D.C. Bar # 434122
      Assistant United States Attorney


      _____
      RHONDA C. FIELDS
      Assistant United States Attorney
      Civil Division
      555 Fourth Street, N.W.
      Washington, D.C.  20530
      202/514/6970

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this <u>5th</u> day of January, 2007, a true and correct copy of the foregoing Proposed Schedule and Order was served by first class United States mail, postage prepaid marked for delivery to:

Marlin Davis
Reg. No. 30704-004
Federal Correctional Institution-Estill
100 Prison Road
Estill, SC 29918

              RHONDA C. FIELDS
              United States Attorney's Office
              Judiciary Center Building
              555 4th Street, N.W. - Room E4804
              Washington, D.C. 20530
              (202) 514-6970

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARLIN DAVIS | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-1698 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF PRISONS et al. | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is hereby ORDERED that the following schedule shall apply in this matter:

Defendant's dispositive motion to be filed on or before January 19, 2007;

Plaintiff's response to be filed on or before February 19, 2007;

Defendant's reply to be filed on or before March 5, 2007.

Date: _____
UNITED STATES DISTRICT JUDGE

Mail to:

Marlin Davis
Reg. No. 30704-004
Federal Correctional Institution-Estill
100 Prison Road
Estill, SC 29918