UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Marlin Davis, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-1698 (CKK) |
| | : | |
| Federal Bureau | : | |
| of Prisons *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER AND JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that defendants' motion for summary judgment [Dkt. No. 14] is GRANTED; and it is

FURTHER ORDERED that judgment is entered for defendants. This is a final appealable Order.

_____s/_____
COLLEEN KOLLAR-KOTELLY
DATE: June 26, 2007                    United States District Judge