UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUL 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Marlin Davis, :
: 
        Plaintiff, :
:
v. : Civil Action No. 06-1698(CKK)
:
Federal Bureau :
of Prisons et at., :
:
        Defendants. :
:
_____:

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN, that Marlin Davis, Plaintiff-Appellant in the above-entitled matter hereby appeals to the United States Court of Appeal for the District of Columbia, the Final Order entered in this action on June 26, 2007.

I HEREBY CERTIFY that true and correct copies of the foregoing Notice of Appeal were sent to: Rhonda C. Fields, United States Attorney's Office, Judiciary Center Building, 555 4th Street, N.W., Room E4804, Washington D.C. 20530.

                                              Marlin Davis, Pro Se
                                              Reg. No. 30704-004
                                              Federal Correctional Institution
                                              100 Prison Road
                                              Estill, SC 29918