# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5246**  **September Term, 2007**

06cv01698

Filed On: December 31, 2007

[1089408]
Marlin Davis,
      Appellant

v.

Federal Bureau of Prisons and United States Probation Office, Northern District of Florida,
      Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 4/10/08
BY:
ATTACHED: ___ Amending Order
             ___ Opinion
             ___ Order on Costs

**BEFORE:** Rogers, Garland, and Griffith, Circuit Judges

## ORDER

Upon consideration of the motion for summary affirmance, and the opposition thereto, it is

**ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court properly granted summary judgment for the Bureau of Prisons on appellant's Privacy Act claims, see 25 C.F.R. § 16.97(a), (j); White v. United States Probation Office, 148 F.3d 1124, 1125 (D.C. Cir. 1998); Martinez v. Bureau of Prisons, 444 F.3d 620, 624 (D.C. Cir. 2006), and properly held that the United States Probation Office is not subject to the requirements of the Privacy Act. See 5 U.S.C. § 551(1)(B).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk